■ UNITED TENANTS OF ALBANY, INC., et al., Respondents-Appellants, v NIAGARA MOHAWK POWER CORPORATION, Appellant-Respondent.—Order unanimously affirmed, with costs to plaintiffs, for reasons stated in opinion at Supreme Court,

Onondaga County, Balio, J. (Appeal from order of Supreme Court, Onondaga County, Balio, J.—summary judgment.) Present—Dillon, P. J., Doerr, Green, O'Donnell and Pine, JJ. [127 Misc 2d 957.]